# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT C. CORDARO,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CIVIL ACTION NO. 3:17-CV-00215<br><br>(CAPUTO, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

And now this, 1st day of September, 2017, for the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Petitioner Robert C. Cordaro's motion for release from custody and bail pending habeas corpus proceedings (Doc. 3) is **DENIED**. Further, Respondent's motion to strike the second reply brief/supplement regarding bail issues (Doc. 21) is **GRANTED**. The Clerk is directed to strike Doc. 20 pursuant to Local Rule 7.7.

Dated: September 1, 2017

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**