**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT C. CORDARO, | |
| Petitioner, | NO. 3:17-CV-0215 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, | (MAGISTRATE JUDGE MEHALCHICK) |
| Respondent. | |

## **ORDER**

**NOW**, this 11th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 34) is **ADOPTED**.

(2) Robert C. Cordaro's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge